IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CB9 |
| vs. | Violation No.: 6011002-NE6 |
| RENEE A. WINBUSH, | DISMISSAL ORDER |
| Defendant. | |

NOW ON THIS 18th day of December, 2017, this matter is before the Court on the United States' Motion for Dismissal. The Court, being duly advised in the premises, finds that said Motion should be sustained.

IT IS HEREBY ORDERED:

The Motion to Dismiss (Filing No. 35) is granted. Leave of Court is granted for the United States to dismiss, without prejudice, the violation in the above-captioned case as it relates to the Defendant, RENEE A. WINBUSH.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge